1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ALIS MARGARETA RIVERA,<br><br>Plaintiff<br><br>v.<br><br>MISS ROBLES SSA HOLLYWOOD,<br><br>Defendant. | Case No. 2:24-cv-09732-FWS (GJS)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |
|---|---|

Pursuant to 28 U.S.C. § 636, the Court has reviewed the operative complaint in this case (Dkt. 1-1, "Complaint"), Defendants' unopposed Motion to Dismiss the Complaint (Dkt. 7, "Motion"), all relevant pleadings and other documents filed in this action, and the Report and Recommendation of United States Magistrate Judge (Dkt. 10). The time for filing Objections to the Report and Recommendation has passed and no Objections have been received by the Court.

Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

Accordingly, **IT IS ORDERED** that: (1) the Motion is **GRANTED**; (2) the Complaint is dismissed without leave to amend; and (3) this case shall be dismissed

without prejudice.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 20, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE