UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALIS MARGARETA RIVERA,<br><br>Plaintiff<br><br>v.<br><br>MISS ROBLES SSA HOLLYWOOD,<br><br>Defendant. | Case No. 2:24-cv-09732-FWS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated: March 20, 2025

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE